```
                                              U.S. DISTRICT COURT
                                               DISTRICT OF N.H.
                                                   FILED

                                              2005 JUL 28 P 4: 23
```

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

William J. Pandolfi

    v.                                              Civil No. 05-cv-165-SM

RI ACI, Director

### O R D E R

On June 7, 2005, Petitioner was ordered to amend his petition with copies of pleadings to demonstrate exhaustion of his claims, including the federal nature of the claims. He has filed a "Statement of the Case" (addendum #1) which contains the following documents from the New Hampshire Supreme Court:

1. #2003-0033 Motion to Reconsider;

2. #2003-0033 Order of July 13, 2004 of the Supreme Court; and

3. Petition for Writ of Mandamus filed in the Supreme Court.

The latter does generally allege ineffective assistance of counsel. It appears either that no order has been issued or petitioner has not filed the order with this court. In either event, Pandolfi has not demonstrated exhaustion of the federal nature of his claims. Additionally, the nature of the ineffective assistance claims actually addressed to the Supreme

Court is unclear. None of the other nine claims, assuming they are federal claims, have not been advanced before the New Hampshire Supreme Court.

Petitioner has not exhausted the federal nature of his claims. Unless he demonstrates that he has taken steps to exhaust within the next thirty (30) days, I will recommend dismissal of his petition.

**SO ORDERED.**

James R. Muirhead
United States Magistrate Judge

Date: July 28, 2005

cc:   William J. Pandolfi, *pro se*