UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>William J. Pandolfi</u>

    v.                    Case No. 05-cv-165-SM

<u>RI Adult Correctional</u>
<u>Facility, Director</u>

<u>ORDER</u>

    Re: Document No. 51, Appeal to District Judge From Magistrate Order

    Ruling: Denied. Both petitioner's motion for ex parte filings (Docket No. 37) and his objection to the Magistrate Judge's ruling denying it, are particularly difficult to understand. Obviously some motions are appropriately filed ex parte, and others are not. To the extent petitioner seeks blanket permission to file motions ex parte (which is the construction I put on his pleadings), it is necessarily denied.

                                          _____
                                          Steven J. McAuliffe
                                          Chief District Judge

Date: October 25, 2007

cc:  William Pandolfi, pro se
     Susan McGinnis, Esq.